UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY DEAN PETERSON,

          Petitioner,

   v.

JOHN FLOOD,

          Respondent.

Case No. 2:24-cv-00206-JLR-TLF

ORDER FOR SERVICE AND RETURN, § 2241 PETITION

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. This Court, having reviewed the petition, hereby ORDERS as follows:

(1) The Clerk shall arrange for service upon John Flood, upon the United States Attorney General in Washington, D.C., and upon the civil process clerk at the Office of the United States Attorney for the Western District of Washington of copies of the petition, of all documents in support thereof, and of this Order by registered or certified mail, return receipt requested.

(2) **Within thirty (30) days after such service**, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent shall submit a memorandum

of authorities in support of his position, and should state whether an evidentiary hearing is necessary. Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the return, Respondent shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no later than 21 days after the return is filed, and Respondent may file and serve a reply no later than 28 days after the return is filed.

(4) The Clerk shall send copies of this Order to Petitioner and to the Honorable James L. Robart.

Dated this 12th day of July, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER FOR SERVICE AND RETURN, § 2241
PETITION - 2