UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY DEAN PETERSEN,<br><br>            Petitioner,<br><br>      v.<br><br>JOHN FLOOD,<br><br>            Respondent. | CASE NO. C24-0206JLR<br><br>ORDER |

## I.    INTRODUCTION

Before the court is United States Magistrate Judge Theresa L. Fricke's report and recommendation, in which she recommends that the court dismiss Petitioner Jerry Dean Petersen's 28 U.S.C. § 2241 petition for writ of habeas corpus without prejudice. (R&R (Dkt. # 18); *see also* Petition (Dkt. # 10).) Neither Mr. Petersen nor Respondent John Flood filed objections to the report and recommendation before the November 6, 2024 deadline. (*See id.* at 4-5 (setting deadline); *see generally* Dkt.) Having reviewed the report and recommendation, the parties' submissions, the relevant portions of the record,

ORDER - 1

and the governing law, court ADOPTS Magistrate Judge Fricke's report and recommendation, DISMISSES Mr. Petersen's petition for writ of habeas corpus, and DENIES a certificate of appealability.

## II.     ANALYSIS

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Magistrate Judge Fricke recommends that the court abstain from deciding the petition under *Younger v. Harris*, 401 U.S. 37 (1971), because (1) Mr. Petersen faces an ongoing state criminal prosecution which clearly implicates important state interests; (2) Mr. Petersen can raise constitutional challenges by filing motions in state court; and (3) the requested habeas relief would undermine the state court's determinations regarding Mr. Petersen's criminal case. (R&R at 2-3.) Mr. Petersen has not objected to that recommendation. (*See generally* Dkt.) The court has thoroughly examined the record before it and finds Magistrate Judge Fricke's reasoning persuasive in light of that record. The court has also independently reviewed Mr. Petersen's petition and agrees with the reasoning and conclusions set forth in the report and recommendation.

Accordingly, the court ADOPTS the report and recommendation, DISMISSES Mr. Petersen's habeas corpus petition, and DENIES a certificate of appealability.

### III.    CONCLUSION

For the foregoing reasons, the court ORDERS as follows:

1. The court ADOPTS the report and recommendation (Dkt. # 18) in its entirety;

2. The court DISMISSES Mr. Petersen's habeas corpus petition (Dkt. # 10) without prejudice;

3. The court DENIES issuance of a certificate of appealability for the reasons set forth in the report and recommendation; and

4. The court DIRECTS the Clerk to send copies of this order to Mr. Petersen, Mr. Flood, and Magistrate Judge Fricke.

Dated this 11th day of November, 2024.

JAMES L. ROBART
United States District Judge